LATHAM & WATKINS LLP
Matthew Rawlinson (Bar No. 231890)
Hilary H. Mattis (Bar No. 271498)
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600
Email: matt.rawlinson@lw.com
Email: hilary.mattis@lw.com

Attorneys for Defendants RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ and HELEN TORLEY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| DANNY LU, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, M.B.Ch.B., DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, M.D., Ph.D., and HELEN TORLEY, M.B.Ch.B., M.R.C.P.,<br><br>Defendants. | **CLASS ACTION**<br><br>Case 3:16-cv-04605-WHO<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS' COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**<br><br>Judge: William H. Orrick |
| ALAN S. EDELMAN,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, HELEN TORLEY, GALENICA AG and VIFOR PHARMA | **CLASS ACTION**<br><br>Case 3:16-cv-04702-WHO |

| | |
|---|---|
| USA INC.,<br><br>Defendants. | |
| SERVANDO MORALES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, and HELEN TORLEY,<br><br>Defendants. | **CLASS ACTION**<br><br>Case 3:16-cv-04684-WHO |
| JOHN ZAVOLAS Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN A. ORWIN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, M.B.Ch.B., DAVID W.J. MCGIRR, THOMAS J. SCHUETZ, M.D., Ph.D., and HELEN TORLEY, M.B.Ch.B., M.R.C.P.,<br><br>Defendants. | **CLASS ACTION**<br><br>Case 3:16-cv-04735-WHO |
| JAMES MORGAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ, and HELEN TORLEY,<br><br>Defendants. | **CLASS ACTION**<br><br>Case 3:16-cv-04800-WHO |

**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING PLAINTIFFS' VOLUNTARY DISMISSAL OF THE ACTIONS AND PLAINTIFFS' COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

WHEREAS, on July 21, 2016, Relypsa, Inc. ("Relypsa" or the "Company") announced that it entered into an Agreement and Plan of Merger ("Merger Agreement") with Galenica, AG and Vifor Pharma USA Inc. (collectively "Galenica") pursuant to which the Company's stockholders would receive $32.00 per share via an all-cash tender offer ("Tender Offer") followed by a second-step merger ("Proposed Transaction");

WHEREAS, on August 4, 2016, a Recommendation Statement on Schedule 14D-9 ("14D-9") was filed with the Securities and Exchange Commission ("SEC") that announced the commencement of the Tender Offer, set the expiration date for the Tender Offer for August 31, 2016, and disclosed certain information regarding the Proposed Transaction including among other things the following: (i) that the Relypsa board of directors ("Relypsa Board" or "Individual Defendants") determined that the Proposed Transaction was in the best interests of Relypsa's stockholders and recommended that Company stockholders tender their shares; (ii) background information concerning the process undertaken by the Relypsa Board leading up to entering into the Merger Agreement; and (iii) certain internal financial information about Relypsa and a summary of the fairness opinion by the financial advisors engaged by the Company, Centerview Partners LLC ("Centerview") and Merrill Lynch, Pierce, Fenner & Smith Incorporated ("BofA");

WHEREAS, on August 12, 2016, Plaintiff Danny Lu ("Plaintiff Lu"), a stockholder of Relypsa, filed a putative class action complaint in the United States District Court for the Northern District of California against Relypsa and Relypsa, Inc. ("Relypsa"), Daniel K. Spiegelman, John P. Butler, Paul J. Hastings, Kenneth J. Hillan, David W.J. McGirr, John A. Orwin, Thomas J. Schuetz, and Helen Torley (together with Relypsa, the "Relypsa Defendants") alleging claims for violations of Sections 14(e), 14(d)(4) (and SEC Rule 14d-9 promulgated thereunder) and 20(a) of the Securities Exchange Act of 1934 ("Exchange Act"). The Complaint alleges, *inter alia*, that the 14D-9 was false and/or misleading because it contained material

misstatements and omissions concerning the Proposed Transaction. Specifically, the Complaint alleges the 14D-9 omitted and/or misrepresented material information concerning, among other things: (i) the process leading to the Proposed Transaction, including certain conflicts of interest; (ii) the financial analyses conducted by BofA and Centerview in support of their respective fairness opinions; and (iii) a fair summary of the basis for the assumptions underlying Relypsa's projections. The Complaint sought to enjoin the Tender Offer, damages in the event the Proposed Transaction was consummated, certain other declaratory and equitable relief, and attorneys' fees and costs;

WHEREAS, on August 15, 2016, Plaintiff Servando Morales ("Plaintiff Morales") filed a putative class action complaint (the "Morales Action") against the Relypsa Defendants, asserting similar claims;

WHEREAS, on August 16, 2016, Plaintiff Alan S. Edelman ("Plaintiff Edelman") filed a putative class action complaint (the "Edelman Action") against the Relypsa Defendants, Galenica AG, and Vifor Pharma USA Inc.[1], asserting similar claims;

WHEREAS, on August 17, 2016, Plaintiff John Zavolas ("Plaintiff Zavolas") filed a putative class action complaint (the "Zavolas Action") against the Relypsa Defendants, asserting similar claims;

WHEREAS, on August 19, 2016, Plaintiff James Morgan ("Plaintiff Morgan," collectively with Plaintiffs Lu, Morales, Edelman and Zavolas, the "Plaintiffs") filed a putative class action complaint (the "Morgan Action") against the Relypsa Defendants, asserting similar claims;

WHEREAS, on August 19, 2016, Plaintiff Lu moved the Court for a preliminary injunction to enjoin the termination of the Tender Offer until such time as Defendants amended the 14D-9 to address Plaintiff's claims that the 14D-9 was false and/or misleading ("Motion to Enjoin") (Dkt. No. 8) and moved the Court to shorten time for the briefing and expedited hearing on the Motion to Enjoin (Dkt. No. 9);

---

[1] The Edelman Action named Galenica AG and Vifor Pharma USA Inc. as defendants but only stated causes of action against the Individual Defendants.

WHEREAS, on August 24, 2016, Plaintiff withdrew her Motion to Enjoin the termination of the Tender Offer (Dkt. No. 11);

WHEREAS, on August 25, 2016, Defendants filed with the SEC additional disclosures that amended and supplemented the 14D-9 ("Supplemental Disclosures") and included disclosures that were directly responsive to and addressed Plaintiff's claims in his Complaint and grounds for the Motion to Enjoin that the 14D-9 was false and/or misleading under Sections 14(e), 14(d)(4) (and SEC Rule 14d-9 promulgated thereunder) and 20(a) of the Exchange Act;

WHEREAS, on September 1, 2016, the Court related the Lu, Morales, Edelman, Zavolas and Morgan Actions (Dkt. No. 13);

WHEREAS, on September 1, 2016, the Tender Offer expired with a total of 38,673,841 Shares validly tendered, representing approximately 85.6% of the Shares outstanding, and Galenica completed its acquisition of Relypsa;

WHEREAS, on September 9, 2016, Plaintiffs filed a Joint Stipulation Regarding Plaintiffs' Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses stipulating that: (1) Plaintiffs' claims in their respective Actions were mooted by the Supplemental Disclosures read in conjunction with the Recommendation Statement and consequently they voluntarily dismiss their claims, without prejudice, and (2) Plaintiffs assert that the Supplemental Disclosures were issued by Defendants in response to their respective Actions and the efforts of their counsel to prosecute class claims, and therefore their counsel are entitled to a fee and expense award (Dkt. No. 17);

WHEREAS, on September 12, 2016, the Court "so ordered" the Joint Stipulation Regarding Plaintiffs' Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (Dkt. No. 18);

WHEREAS, the Court retained jurisdiction of the Action to consider Plaintiffs' counsel's application for an award of attorneys' fees and stated that it should be filed no later than 30 days from the date of the September 12, 2016 Order;

WHEREAS, on October 12, 2016, Plaintiffs filed an Amended Joint Stipulation Concerning Plaintiffs' Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated

Application for an Award of Attorneys' Fees and Expenses seeking to extend the date to file Plaintiffs' Counsel's Application for an Award of Attorneys' Fees by no later than Friday, November 11, 2016 (Dkt. No. 19);

WHEREAS, on October 17, 2016, the Court "so ordered" the Amended Joint Stipulation Concerning Plaintiffs' Voluntary Dismissal of the Actions and Plaintiffs' Counsel's Anticipated Application for an Award of Attorneys' Fees and Expenses (Dkt. No. 20);

WHEREAS, the parties reached agreement with respect to payment of attorneys' fees and expenses; and

WHEREAS, the parties have agreed that Relypsa will pay the agreed-upon fees and expenses within ten (10) days of the entry of an order closing this case.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys for the respective parties that:

1. The Court will no longer retain jurisdiction over the Actions.
2. The Actions are closed for all purposes.

Dated: November 10, 2016

Respectfully submitted,

*<u>/s/ Matt Rawlinson</u>*
Matt Rawlinson
Hilary H. Mattis

**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, California 94025
Telephone: +1.650.328.4600
Facsimile: +1.650.463.2600

Attorneys for Defendant RELYPSA, INC., DANIEL K. SPIEGELMAN, JOHN P. BUTLER, PAUL J. HASTINGS, KENNETH J. HILLAN, DAVID W.J. MCGIRR, JOHN A. ORWIN, THOMAS J. SCHUETZ and HELEN TORLEY

Dated: November 10, 2016

*/s/ Barbara A. Rohr*

Barbara A. Rohr

**FARUQI & FARUQI, LLP**
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Tel: (424) 256-2884
Fax: (424) 256-2885

Derrick B. Farrell
**FARUQI & FARUQI, LLP**
20 Montchanin Road, Suite 145
Wilmington, DE 19807
Tel: (302) 482-3182
Fax: (302) 482-3612

Attorneys for Plaintiffs DANNY LU and JOHN ZAVOLAS

Dated: November 10, 2016

*/s/ Juan E. Monteverde*

Juan E. Monteverde

**MONTEVERDE & ASSOCIATES PC**
The Empire State Building
350 Fifth Avenue, 59th Floor
New York, NY 10118
Tel: (212) 971-1341
Fax: (212) 601-2610

Attorneys for Plaintiff DANNY LU

Dated: November 10, 2016

*/s/ Evan J. Smith*

Evan J. Smith
Marc Aderman
**BRODSKY & SMITH, LLC**
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Tel: (877) 534-2590
Fax: (310) 247-0160

Attorneys for Plaintiffs SERVANDO MORALES and ALAN S. EDELMAN

Dated: November 10, 2016

*/s/ Brian C. Kerr*

Brian C. Kerr

**BROWER PIVEN, PC**
475 Park Avenue South, 3rd Floor
New York, NY 10016
Tel: (212) 501-9000

Attorneys for Plaintiff ALAN S. EDELMAN

Dated: November 10, 2016

*/s/ Thomas J. McKenna*

Thomas J. McKenna
Gregory M. Egleston

**GAINEY MCKENNA & EGLESTON**
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

Attorneys for Plaintiff JOHN ZAVOLAS

Dated: November 10, 2016

*/s/ Donald E. Enright*

Donald E. Enright
Adam C. McCall
Elizabeth K. Tripodi

**LEVI & KORSINSKY LLP**
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071
Telephone: (213) 985-7290
Facsimile: (866) 367-6510

**LEVI & KORSINSKY LLP**
1101 30th Street NW, Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567

Attorneys for Plaintiff JAMES MORGAN

Pursuant to stipulation, it is SO ORDERED.

Dated: _________, 2016

______________________________

HON. WILLIAM H. ORRICK
United States District Court Judge

**ECF ATTESTATION**

I, Matt Rawlinson, am the ECF User whose ID and Password are being used to file this:

**JOINT STIPULATION AND [PROPOSED] ORDER CONCERNING PLANTIFFS' COUNSEL'S APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

In compliance with Civil Local Rule 5-1, I hereby attest that the other signatories have concurred in this filing.

Dated: November 10, 2016

Respectfully submitted,

*/s/ Matt Rawlinson*
Matt Rawlinson

/ / /

/ / /

/ / /

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have e-mailed the foregoing document to the non-CM/ECF participants indicated on the Manual Notice List.

Dated: November 10, 2016

*/s/ Matt Rawlinson*
Matt Rawlinson